PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James N. Turner                                    Docket No. 5:15-MJ-1542-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, James N. Turner, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 10th day of June, 2015

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 10, 2015, the defendant was placed on pretrial conditions. As the defendant resides in the Middle District of North Carolina, he is supervised in that district. On July 29, 2015, the defendant committed the offenses of Simple Possession of Schedule II Controlled Substance (15 CR 216880) and Possession With Intent to Manufacture, Sell, or Deliver Schedule VI Controlled Substance and Maintain Vehicle/ Dwelling/ Place for Controlled Substance (15 CR 216879) in Wake County, North Carolina. Furthermore, the defendant failed to notify his supervising officer of this new criminal conduct. He is currently scheduled for plea and sentencing in his federal case on August 5, 2015.

**PRAYING THAT THE COURT WILL ORDER** a bond revocation hearing be scheduled to determine if the defendant's bond should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: August 3, 2015

### ORDER OF THE COURT

Considered and ordered the ___3rd___ day of ___August___, 2015, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge